LEON JOBIN, Respondent, v. JULIA WATT MORRIS CURTISS LAWRENCE, Appellant.— Judgment modified by reducing the judgment as entered to the sum of $4,291.32, and the judgment as so modified and the order appealed from affirmed, with costs to respondent. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

JOHN C. TENNIS, Appellant, v. L. F. CASTLE Co., INC., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

MARY KENNY, Respondent, v. ROBERT J. DOHERTY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.; Laughlin and Smith, JJ., dissented.

EMMA R. APPLETON, Respondent, v. ISAAC MENDELSON, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $18,700; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

DANIEL P. RITCHEY, Respondent, v. JENNY STAFFORD MURPHEY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

THEODORE DUHRENHEIMER, Appellant, v. NEW YORK CITY INTER-BOROUGH RAILWAY COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

ANDREW T. McKEGNEY, Respondent, v. VAN BEUREN AND NEW YORK BILL POSTING COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

GEORGE R. DUNHAM, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.

GEORGE R. DUNHAM, Respondent, v. NEW YORK DOCK COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements, with leave to defendant to withdraw demurrer and to answer on payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Merrell, JJ.